# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:10-cv-00019-W

| | |
|---|---|
| AVANTI HEARTH PRODUCTS, LLC, ) ) **Plaintiff,** ) ) vs. ) ) JANIFAST, INC., et. al., ) ) **Defendants.** ) ) | **NOTICE OF HEARING** |

TAKE NOTICE that a hearing on the pending motions to dismiss (Docs. Nos. 3, 7) will take place before the undersigned United States District Judge, to be held at **11:00 a.m.** on **Thursday, June 11, 2010**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to fifteen minutes for Plaintiff and fifteen minutes collectively for Defendants.

Signed: May 19, 2010

*Frank D. Whitney*
Frank D. Whitney
United States District Judge