# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:10-cv-00019-W

| | |
|---|---|
| AVANTI HEARTH PRODUCTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED** |
| vs. ) | **NOTICE OF HEARING** |
| ) | |
| JANIFAST, INC., et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

TAKE NOTICE that a hearing on the pending motions to dismiss (Docs. Nos. 3, 7) will take place before the undersigned United States District Judge, to be held at **11:00 a.m.** on **Thursday, June 10, 2010**, (not June 11, 2010, as noted in the earlier notice) in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to fifteen minutes for Plaintiff and fifteen minutes collectively for Defendants.

Signed: May 19, 2010

Frank D. Whitney
United States District Judge