IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-19-FDW-DCK

| | |
|---|---|
| AVANTI HEARTH PRODUCTS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| JANIFAST, INC., JANIFAST, LTD., MPHASE TECHNOLOGIES, INC., and MICROPHASE CORPORATION, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 78) concerning Virginia Teresa Shea filed September 1, 2011. Ms. Shea seeks to appear as counsel *pro hac vice* for Defendant Janifast, Inc. and mPhase Technologies, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Shea is admitted to appear before this court *pro hac vice* on behalf of Defendant Janifast, Inc. and mPhase Technologies, Inc.

Signed: September 2, 2011

David C. Keesler
United States Magistrate Judge