# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:10-cv-00019-W

| | |
|---|---|
| AVANTI HEARTH PRODUCTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JANIFAST, INC., et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court *sua sponte* regarding the readiness of this matter for trial. It is currently set for the Court's December 5, 2011, trial calendar. In light of the fact Plaintiff is still attempting to serve Janifast LTD, and several motions remain pending (which the Court is diligently reviewing), the Court will *sua sponte* continue this matter until the trial term for the Honorable Frank D. Whitney beginning March 12, 2012.

IT IS SO ORDERED.

Signed: October 26, 2011

Graham C. Mullen
United States District Judge